[DO NOT PUBLISH]

# IN THE UNITED STATES COURT OF APPEALS

## FOR THE ELEVENTH CIRCUIT

———————————————

No. 04-16370
Non-Argument Calendar

———————————————

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
JULY 18, 2005
THOMAS K. KAHN
CLERK

D.C. Docket No. 04-00059-CR-3-LAC

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

SANDOR DONALD BOZSAR,

Defendant-Appellant.

————————————————

Appeal from the United States District Court
for the Northern District of Florida

————————————————

(July18, 2005)

Before ANDERSON, BLACK and BARKETT, Circuit Judges

PER CURIAM:

Patrick L. Jackson, appointed counsel for Sandor Donald Bozsar in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to Anders v. California, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967).  Our independent review of the entire record reveals

that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Bozsar's conviction and sentence are **AFFIRMED**.